UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY fka CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 1:14-cv-01623-LJO-SKO<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S COMPLAINT** |

IT IS HEREBY ORDERED that pursuant to Plaintiff's request, Doc. 6, and Fed. R. Civ. Pro. §41(a)(1)(A)(i), Plaintiff AIG SPECIALTY INSURANCE COMPANY formally known as CHARTIS SPECIALTY INSURANCE COMPANY's Complaint is dismissed without prejudice. The Clerk of the Court is directed to Close this Case.

**SO ORDERED**
**Dated: December 10, 2014**

                                        /s/ Lawrence J. O'Neill
                                    **United States District Judge**